**Fill in this information to identify the case:**

Debtor name **CFX US Co., Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **22-10022 (DSJ)**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __January 14, 2022__        X **/s/ Michael G. Long**
                                        Signature of individual signing on behalf of debtor

                                        **Michael G. Long**
                                        Printed name

                                        **Chief Financial Officer and Chief Operating Officer**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **CFX US Co., Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **22-10022 (DSJ)**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $    0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $    1,123,043.64

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $    1,123,043.64

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................... $    6,771,224.80

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $    0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................ +$    34,215,175.95

4.  **Total liabilities** .......................................................................................................
    Lines 2 + 3a + 3b      $    40,986,400.75

**Fill in this information to identify the case:**

Debtor name          **CFX US Co., Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **22-10022 (DSJ)**

☐ Check if this is an
  amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **JPMorgan Chase** | **Business Checking** | **6386** | **$1,000.00** |
| 3.2. | **Signature Bank** | **Business Checking** | **7176** | **$315,930.22** |
| 3.3. | **Signature Bank** | **Business Checking** | **7362** | **$12,500.00** |
| 3.4. | **JPMorgan Chase** | **Business Checking** | **5053** | **$113,000.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
| --- |
| **$442,430.22** |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **CFX US Co., Inc.** | Case number *(if known)* **22-10022 (DSJ)** |
|---|---|---|
| | Name | |

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Algoface Inc.** | **$6,843.44** |
|---|---|---|
| 8.2. | **Clear for Me** | **$6,799.50** |

**9.** **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

**$13,642.94**

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.** **Accounts receivable**

| 11a. 90 days old or less: | **666,970.48** | - | **0.00** | = .... | **$666,970.48** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$666,970.48**

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **CFX US Co., Inc.** | Case number *(If known)* **22-10022 (DSJ)** |
|---|---|---|
| | Name | |

---

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **71.** **Notes receivable** <br> Description (include name of obligor) | |
| **72.** **Tax refunds and unused net operating losses (NOLs)** <br> Description (for example, federal, state, local) | |
| **73.** **Interests in insurance policies or annuities** <br> **Zurich  - Commercial General Liability Policy, Policy No. ZE 1376152-01** | **$0.00** |
| **Chubb/Westchester Surplus Lines Insurance Company - Liability Policy, Policy No. G7184173A 001** | **$0.00** |
| **Chubb Custom Insurance Company - Terrorism Insurance Policy, Policy No. 8261-2893** | **$0.00** |
| **AON Risk Services Northeast, Inc. - Coalition Cyber Policy, Policy No. C-4LQ7-015850-CYBER-2021** | **$0.00** |
| **Zurich - Foreign General Liability Policy, Policy No. 112185319** | **$0.00** |
| **Zurich - Foreign Commercial Property Policy, Policy No. ZE 1376152-01** | **$0.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **CFX US Co., Inc.**
_____
Name

Case number *(If known)*    **22-10022 (DSJ)**
_____

| | | |
|---|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | **$0.00** |
| | Add lines 71 through 77. Copy the total to line 90. | |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

| Debtor | **CFX US Co., Inc.** | | Case number *(If known)* **22-10022 (DSJ)** |
|---|---|---|---|
| | Name | | |

---

**Part 12:**   Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $442,430.22 | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | $13,642.94 | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | $666,970.48 | |
| 83.  **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84.  **Inventory.**  *Copy line 23, Part 5.* | $0.00 | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88.  **Real property.** *Copy line 56, Part 9*.........................................................> | | $0.00 |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90.  **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91.  **Total.** Add lines 80 through 90 for each column | $1,123,043.64 | + 91b. | $0.00 |
| 92.  **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,123,043.64 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **CFX US Co., Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **22-10022 (DSJ)**

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** | **Missouri Local Government**<br>Creditor's Name<br><br>**Employee Retirement System**<br>**701 W. Main Street POB 1665**<br>**Jefferson City, MO 65102**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Secured Promissory Notes**<br><br><br><br>Describe the lien<br>**Blanket Lien**<br>**Is the creditor an insider or related party?**<br>☐ No<br>☑ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,771,224.80** | **$2,583,000.00** |

| | | |
|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $6,771,224.80 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name  **CFX US Co., Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  **22-10022 (DSJ)**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any priority unsecured claims have? (See 11 U.S.C. § 507).**

☐ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Albea Beauty Solutions USA LLC**
**PO Box 824397**
**Philadelphia, PA 19182-4397**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bellwyck Inc.**
**PO Box 57733, STN A**
**Toronto, ON M5W 5M5**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,920.00 |
|---|---|---|---|

**Break The Web, Inc.**
**10946 S Kelso Dune Dr.**
**South Jordan, UT 84009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Contract**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $199.98 |
|---|---|---|---|

**Catterton Management Co. LLC**
**599 W. Putnam Ave**
**Greenwich, CT 06830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **CFX US Co., Inc.** | Case number (if known) | **22-10022 (DSJ)** |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33,995,731.00** |
|---|---|---|---|

CFX CDO Co., Inc.
228 Park Ave S.
PMB 26206
New York, NY 10003-1502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Intercompany__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$102.40** |
|---|---|---|---|

**Commonwealth of Massachusetts**
**Massachusetts Dept. of Revenue**
PO Box 7089
Boston, MA 02241-7089

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Penalties__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Facebook, Inc.**
15161 Collections Center Drive
Attn: AR
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Advertising__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hawke Media LLC**
1714 16th Street
Santa Monica, CA 90404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Notice__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,130.00** |
|---|---|---|---|

**JAS Forwarding USA Inc.**
6165 Barfield Road
Atlanta, GA 30328

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Freight__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,509.71** |
|---|---|---|---|

**JPMorgan Chase Bank**
Attn: Hernan Celis
383 Madison Ave, Floor 22
New York, NY 10179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Credit Card__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,986.74** |
|---|---|---|---|

**Listrak Inc.**
100 W. Millport Road
Lititz, PA 17543

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Contract__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **CFX US Co., Inc.** | | Case number (if known) | **22-10022 (DSJ)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,025.00** |
|---|---|---|---|
| | **Market Defense LLC** <br> **United Federal Credit Union** <br> **1441 Patton Avenue** <br> **Asheville, NC 28806** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Contract** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$166.21** |
|---|---|---|---|
| | **N.C. Department of Revenue** <br> **PO Box 25000** <br> **Raleigh, NC 27640** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Penalties** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **NW Cosmetic Laboratories LLC** <br> **dba Elevation Labs** <br> **2105 Boge Ave** <br> **Idaho Falls, ID 83401** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Notice** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|
| | **Omniante Enterprises LLC** <br> **dba DigiShopGirl Media** <br> **4616 25th Ave NE #151** <br> **Seattle, WA 98105** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Contract** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,027.75** |
|---|---|---|---|
| | **Rakuten Marketing LLC** <br> **PO Box 415613** <br> **Boston, MA 02241-5613** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Contract** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,029.67** |
|---|---|---|---|
| | **Randstad** <br> **PO Box 2084** <br> **Carol Stream, IL 60132-2084** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Staffing Agency** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,220.00** |
|---|---|---|---|
| | **Right Side Up LLC** <br> **9901 Brodie Lane** <br> **Suite 160, PMB515** <br> **Austin, TX 78748** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Contract** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **CFX US Co., Inc.** | Case number (if known) | **22-10022 (DSJ)** |
|---|---|---|---|
| | Name | | |

---

**3.19**

**Nonpriority creditor's name and mailing address**
Sarah Hague
282 South 5th Street
Apt. 12G
Brooklyn, NY 11211

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20**

**Nonpriority creditor's name and mailing address**
Stewart McKelvey
Purdy's Wharf Tower I
PO Box 997
Halifax, NS B3J 2X2

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21**

**Nonpriority creditor's name and mailing address**
Tigers (USA) Global Logistics
Dept CH 19499
Palatine, IL 60055

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $11,127.49
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22**

**Nonpriority creditor's name and mailing address**
Total Solutions Inc.
5100 South Service Road
Unit 28
Burlington ON L7L 6A5

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23**

**Nonpriority creditor's name and mailing address**
ULTA Inc.
1000 Remington Blvd. Suite 120
Attn: Michael Miciunas
Bolingbrook, IL 60440

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **David A. Zeitlin, Esq.**<br>**Zeitlin & Zeitlin, P.C.**<br>**50 Court Street, Ste. 506**<br>**Brooklyn, NY 11201** | Line  **3.19**<br><br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 34,215,175.95 |

| Debtor | **CFX US Co., Inc.** | Case number (if known) | **22-10022 (DSJ)** |
|---|---|---|---|
| | Name | | |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $    34,215,175.95

**Fill in this information to identify the case:**

Debtor name    **CFX US Co., Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **22-10022 (DSJ)**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **U.S. Full Time Services Agreement dated March 18, 2021.**<br><br><br>**24 Seven, LLC**<br>**105 Maxess Road, Suite 201**<br>**Attn: Lisa Marie Ringus**<br>**Melville, NY 11747** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Vendor Terms and Conditions.**<br><br><br>**Amazon Services, Inc.**<br>**410 Terry Avenue North**<br>**Seattle, WA 98109-5210** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **AMDX LLC & Cover FX Skin Care Limited Affiliate Marketing Management Agreement dated May 1, 2019.**<br><br>**AMDX LLC**<br>**159 20th Street 1B - #22**<br>**Attn: Leigh Brandt**<br>**Brooklyn, NY 11232** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Exclusive Purchase Agreement, effective as of August 31, 2020.**<br><br>**Anisa International, Inc.**<br>**225 Ottley Dr. NE #230**<br>**Atn: Anisa Telwar-Kaicker, CEO**<br>**Atlanta, GA 30324** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

| Debtor 1 | **CFX US Co., Inc.** | | | Case number *(if known)* | **22-10022 (DSJ)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Scope of Work Agreement.** | |
|---|---|---|---|
| | State the term remaining | | **Art and Parcel LLC** |
| | | | **3184 Clubhouse Rd** |
| | List the contract number of any government contract | | **Attn: Stephanie Seliskar** |
| | | | **Merrick, NY 11566** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement dated February 16, 2021.** | |
|---|---|---|---|
| | State the term remaining | | |
| | | | **Benita Kapadia** |
| | List the contract number of any government contract | | **712 Grand Street #1** |
| | | | **Hoboken, NJ 07030** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Terms and Conditions dated January 31, 2019.** | |
|---|---|---|---|
| | State the term remaining | | **Boxy Charm, Inc.** |
| | | | **880 Southwest 145th Avenue** |
| | List the contract number of any government contract | | **Suite 300** |
| | | | **Pembroke Pines, FL 33027** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Agreement.** | |
|---|---|---|---|
| | State the term remaining | | |
| | | | **Burlington Merchandising Corp.** |
| | List the contract number of any government contract | | **1830 US-130** |
| | | | **Burlington, NJ 08016** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Warehousing and Order Fulfillment Agreement.** | |
|---|---|---|---|
| | State the term remaining | | **Capacity LLC** |
| | | | **1112 Corporate Road** |
| | List the contract number of any government contract | | **Attn: Arlen Fish, CFO** |
| | | | **North Brunswick, NJ 08902** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement dated May 14, 2021.** | |
|---|---|---|---|
| | State the term remaining | | **Christina Gabriel** |
| | | | **14 Laurel Place** |
| | List the contract number of any | | **Glen Ridge, NJ 07028** |

| Debtor 1 | **CFX US Co., Inc.** | | | Case number *(if known)* | **22-10022 (DSJ)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | |
|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement dated August 18, 2020.** | |
|---|---|---|---|
| | State the term remaining | | **Colleen Walsh** |
| | List the contract number of any government contract | | **24 Bonnett Ave.** **Larchmont, NY 10538** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Contracts for Website Design and Updates dated February 27, 2021.** | |
|---|---|---|---|
| | State the term remaining | | **Darling Design, Inc.** **15 Malcolm Avenue** |
| | List the contract number of any government contract | | **Attn: Courtney Darling** **East Hampton, NY 11937** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Social Media Tool.** | |
|---|---|---|---|
| | State the term remaining | | **Dash Hudson** **1668 Barrington Street Suite 6** |
| | List the contract number of any government contract | | **Attn: Chelsea Seaman** **Halifax, NS B3J2A2, Canada** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for the Purchase of Goods dated January 20, 2020.** | |
|---|---|---|---|
| | State the term remaining | | **Dermstore LLC** **1960 E. Grand Avenue, 6th Fl.** |
| | List the contract number of any government contract | | **Attn: Melinda Celliah (CFO)** **El Segundo, CA 90245** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Monthly Shopify & Marketing Support.** | |
|---|---|---|---|
| | State the term remaining | | **Elevar, LLC** **520 Folly Road Suite 25** |
| | List the contract number of any government contract | | **Attn: Brad Redding** **Charleston, SC 29412** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **R&D Agreement.** | |
|---|---|---|---|
| | | | **Englewood Lab** **20 Campus Dr.** **Totowa, NJ 07512** |

| Debtor 1 | **CFX US Co., Inc.** | | | Case number *(if known)* | **22-10022 (DSJ)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | State the term remaining | |
|---|---|---|
|  | List the contract number of any government contract | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising.** |
|---|---|---|
|  | State the term remaining | **Facebook, Inc.** |
|  | List the contract number of any government contract | **15161 Collections Center Drive Attn: AR Chicago, IL 60693** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Trading Terms and Conditions.** |
|---|---|---|
|  | State the term remaining | **Feelunique International Ltd.** |
|  | List the contract number of any government contract | **Berkshire House 168-173 High Holborn London WC1V 7AA UK** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Search Engine Optimization.** |
|---|---|---|
|  | State the term remaining | **Google** |
|  | List the contract number of any government contract | **1600 Amphitheatre Pwy Mountain View, CA 94043** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Services.** |
|---|---|---|
|  | State the term remaining | **Jasmine Ellis** |
|  | List the contract number of any government contract | **1915 Vassar Street  #110 Glendale, CA 91204** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement dated December 17, 2020 for regulatory guidance.** |
|---|---|---|
|  | State the term remaining | **John Sazone** |
|  | List the contract number of any government contract | **PO Box 1336 1290 Hicksville Rd Massapequa, NY 11758** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **CFX US Co., Inc.** | | | Case number *(if known)* | **22-10022 (DSJ)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Mutual Non-Disclosure Agreement and Services Agreement dated April 5, 2021 (Customer Service Consultant).** | |
|---|---|---|---|
| | State the term remaining | | **Juliane Barreto Inacio** |
| | List the contract number of any government contract | | **1452 Pleasant Valley Way West Orange, NJ 07052** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Payroll services.** | |
|---|---|---|---|
| | State the term remaining | | **Justworks** |
| | List the contract number of any government contract | | **601 W. 26th Street Suite 400 New York, NY 10001** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Terms of Service dated December 30, 2019.** | |
|---|---|---|---|
| | State the term remaining | | **Klaviyo** |
| | List the contract number of any government contract | | **125 Summer St Floor 7 Attn: Shana Osborne Boston, MA 02111** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement.** | |
|---|---|---|---|
| | State the term remaining | | **Listrak Inc.** |
| | List the contract number of any government contract | | **100 West Millport Road Lititz, PA 17543** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Exclusive Amazon Seller Management Agreement dated May 10, 2021.** | |
|---|---|---|---|
| | State the term remaining | | **Market Defense, LLC** |
| | List the contract number of any government contract | | **1441 Patton Ave Attn: Brandon Pemberton Asheville, NC 28806** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising.** | |
|---|---|---|---|
| | State the term remaining | | **PowerReviews 1 N Dearborn Suite 800 Chicago, IL 60602** |

| Debtor 1 | **CFX US Co., Inc.** | | | Case number *(if known)* | **22-10022 (DSJ)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Order Form and Pricing Schedule.** | |
| | State the term remaining | | **Rakuten Marketing, LLC 215 Park Avenue South, 2nd Fl. Attn: President New York, NY 10003** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Service Order for Advanced Listening and User-Professional V8 dated July 31, 2019.** | |
| | State the term remaining | | **Sprout Social, Inc. 131 S Dearn St Suite 700 Chicago, IL 60603** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement dated February 3, 2021.** | |
| | State the term remaining | | **Ten Eyck Business Solutions 773 Pelham Road, #5F Attn: Linda Ten Eyck New Rochelle, NY 10805** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Consulting Services Agreement dated February 1, 2021.** | |
| | State the term remaining | | **The Pink Factor, LLC 40 East 78th Street, Apt 14G Attn: Sarah Kugelman New York, NY 10075** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Amendment to Independent Consulting Services Agreement, dated July 31, 2021.** | |
| | State the term remaining | | **The Pink Factor, LLC 40 East 78th Street, Apt 14G Attn: Sarah Kugelman New York, NY 10075** |
| | List the contract number of any government contract | | |

| Debtor 1 | **CFX US Co., Inc.** | | | Case number *(if known)* | **22-10022 (DSJ)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Purchasing Agreements.** | |
|---|---|---|---|
| | State the term remaining | | **ULTA Inc.** |
| | List the contract number of any government contract | | **1000 Remington Blvd. Suite 120 Attn: R. Magley/C. Gardner Bolingbrook, IL 60440** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Order Form for marketing technology and related services dated July 29, 2020.** | |
|---|---|---|---|
| | State the term remaining | | **Yotpo** |
| | List the contract number of any government contract | | **400 Lafayette St. Attn: Erin Twyman New York, NY 10003** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subscription Agreement effective as of December 2, 2019.** | |
|---|---|---|---|
| | State the term remaining | | **Zendesk** |
| | List the contract number of any government contract | | **989 Market St Attn: Cole Wendon San Francisco, CA 94103-1708** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __**CFX US Co., Inc.**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known) __**22-10022 (DSJ)**__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

#### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **CFX CDO Co., Inc.** | **228 Park Ave S. PMB 26206 New York, NY 10003-1502** | **Missouri Local Government** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **CoverFX Skin Care Holdings ULC** | **1959 Upper Water St Halifax, NS B3J 3N2 Canada** | **Missouri Local Government** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **CFX CDO Co., Inc.** | **228 Park Ave S. PMB 26206 New York, NY 10003-1502** | **Art and Parcel LLC** | ☐ D _____ ☐ E/F _____ ■ G __2.5__ |
| 2.4 | **CFX CDO Co., Inc.** | **228 Park Ave S. PMB 26206 New York, NY 10003-1502** | **Benita Kapadia** | ☐ D _____ ☐ E/F _____ ■ G __2.6__ |

| Debtor | **CFX US Co., Inc.** | | Case number *(if known)* | **22-10022 (DSJ)** |
|--------|----------------------|--|--------------------------|---------------------|

**▮ Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|--|--------------------------|--|---------------------------|--|
| 2.5 | CFX CDO Co., Inc. | 228 Park Ave S. PMB 26206 New York, NY 10003-1502 | Capacity LLC | ☐ D _____ ☐ E/F _____ ■ G __2.9__ |
| 2.6 | CFX CDO Co., Inc. | 228 Park Ave S. PMB 26206 New York, NY 10003-1502 | Colleen Walsh | ☐ D _____ ☐ E/F _____ ■ G __2.11__ |
| 2.7 | CFX CDO Co., Inc. | 228 Park Ave S. PMB 26206 New York, NY 10003-1502 | Dermstore LLC | ☐ D _____ ☐ E/F _____ ■ G __2.14__ |
| 2.8 | CFX CDO Co., Inc. | 228 Park Ave S. PMB 26206 New York, NY 10003-1502 | Feelunique International Ltd. | ☐ D _____ ☐ E/F _____ ■ G __2.18__ |
| 2.9 | CFX CDO Co., Inc. | 228 Park Ave S. PMB 26206 New York, NY 10003-1502 | John Sazone | ☐ D _____ ☐ E/F _____ ■ G __2.21__ |
| 2.10 | CFX CDO Co., Inc. | 228 Park Ave S. PMB 26206 New York, NY 10003-1502 | Sprout Social, Inc. | ☐ D _____ ☐ E/F _____ ■ G __2.29__ |
| 2.11 | CFX CDO Co., Inc. | 228 Park Ave S. PMB 26206 New York, NY 10003-1502 | Ten Eyck Business Solutions | ☐ D _____ ☐ E/F _____ ■ G __2.30__ |

| Debtor | **CFX US Co., Inc.** | Case number *(if known)* | **22-10022 (DSJ)** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| 2.12 | CFX CDO Co., Inc. | 228 Park Ave S. PMB 26206 New York, NY 10003-1502 | Yotpo | ☐ D ____ ☐ E/F ____ ■ G  **2.34** |
| 2.13 | CFX CDO Co., Inc. | 228 Park Ave S. PMB 26206 New York, NY 10003-1502 | Listrak Inc. | ☐ D ____ ☐ E/F ____ ■ G  **2.25** |
| 2.14 | CFX CDO Co., Inc. | 228 Park Ave S. PMB 26206 New York, NY 10003-1502 | 24 Seven, LLC | ☐ D ____ ☐ E/F ____ ■ G  **2.1** |
| 2.15 | CFX CDO Co., Inc. | 228 Park Ave S. PMB 26206 New York, NY 10003-1502 | Amazon Services, Inc. | ☐ D ____ ☐ E/F ____ ■ G  **2.2** |
| 2.16 | CFX CDO Co., Inc. | 228 Park Ave S. PMB 26206 New York, NY 10003-1502 | Elevar, LLC | ☐ D ____ ☐ E/F ____ ☐ G ____ |
| 2.17 | CFX CDO Co., Inc. | 228 Park Ave S. PMB 26206 New York, NY 10003-1502 | Englewood Lab | ☐ D ____ ☐ E/F ____ ☐ G ____ |
| 2.18 | CFX CDO Co., Inc. | 228 Park Ave S. PMB 26206 New York, NY 10003-1502 | Google | ☐ D ____ ☐ E/F ____ ☐ G ____ |

| Debtor | **CFX US Co., Inc.** | Case number *(if known)* | **22-10022 (DSJ)** |

---

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| 2.19 | **CFX CDO Co., Inc.** | **228 Park Ave S. PMB 26206 New York, NY 10003-1502** | **Jasmine Ellis** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.20 | **CFX CDO Co., Inc.** | **228 Park Ave S. PMB 26206 New York, NY 10003-1502** | **Klaviyo** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.21 | **CFX CDO Co., Inc.** | **228 Park Ave S. PMB 26206 New York, NY 10003-1502** | **ULTA Inc.** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.22 | **CFX CDO Co., Inc.** | **228 Park Ave S. PMB 26206 New York, NY 10003-1502** | **Zendesk** | ☐ D _____ ☐ E/F _____ ☐ G _____ |